Exhibit 2

Charted Claim: 1, 21

| US8666560B2 | Amazon Smart Plug ("The accused product") |
|---|---|
| 1. A Smart Gateway Power Control (SGPC) system comprising: (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface; | The accused product discloses a Smart Gateway Power Control (SGPC) system that comprises (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises flash memory (MX25L3233F) that contains the tangible non-transitory computer usable medium having computer-readable program code.<br><br> |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1



**\*NEW\* Amazon Smart Plug HD34BX – White Alexa Voice Control**

alleykaym (663)
100% positive · Seller's other items · Contact seller

**US $10.00**
or Best Offer

Condition:    New ⓘ

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to Watchlist |

Shipping:    US $33.61 eBay International Shipping ⓘ. See details
Located in: Buford, GA, United States

Save on combined shipping ⓘ

https://www.ebay.com/itm/276701991981



https://qzxx.com/42823.html



There is an indicator light on the front, which is blue when the vehicle is open and off when it is closed.



https://qzxx.com/42823.html

| Size | 3.2" x 1.5" x 2.2" (80 mm x 38 mm x 57 mm) |
| --- | --- |
| Weight | 3.1 oz. (87 grams) *Actual size and weight may vary by manufacturing process* |
| Electrical Ratings | Input: 120VAC, 60Hz 15A <br> Max Output: 15A Max |
| **Network Connectivity** | **2.4 GHz only, 802.11 b/g/n. Does not support 5GHz networks or connecting to ad-hoc (or peer-to-peer) Wi-Fi networks.** |
| Use | For indoor use only. |
| Integrations | Amazon Smart Plug is optimized for simple setup and exclusive use with Alexa. Amazon Smart Plug does not support other voice assistants or smart hubs. |
| Alexa App | The Alexa app is compatible with Fire OS, Android, and iOS devices. A list of supported operating systems can be found here. |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1



*Source: the teardown of the accused product*



https://qzxx.com/42823.html



https://qzxx.com/42823.html

The Amazon smart plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

Lights

Alexa on Other Platforms

**Change Restore Power
State Setting**

Set Up Your Amazon Smart
Plug

Reset Your Amazon Smart
Plug

Alexa Can't Discover Your
Amazon Smart Plug

Amazon Smart Plug
Stopped Working

Support for Echo Auto

Support For Echo Buds

Support for Echo Show

Support for Echo Dot

Support for Echo Dot with

# Change Restore Power State Setting

Use the Alexa app to turn the Restore Power State setting on or off.

Amazon Smart Plug has a Restore Power State setting. After a power loss, you can use this setting to have the power to your appliance be set to either ON or OFF upon return of power.

1. Open the Alexa app .
2. Select **Devices** .
3. Select **Plugs** then select your device.
4. There will be a toggle controller that says **Restore Power State**.
5. Set the toggle to the preferred position.
   - **OFF** - When device recovers from a power loss, the relay will always be OFF.
   - **ON** - When device recovers from a power loss, the relay will maintain the previous state of the device (before power loss).

https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26

When you use the `Alexa.PowerController` interface, the voice interaction model is already built for you. After the user says one of the following utterances, Alexa sends a corresponding directive to your skill.

The following examples show some user utterances:



| Dutch | **English (All)** | French (All) | German | Hindi | Italian | Japanese |
|---|---|---|---|---|---|---|
| | | Portuguese | Spanish (All) | | | |

Alexa, turn on the vacuum.
Alexa, turn off the lights.

# Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html



https://qzxx.com/42823.html



**MACRONIX**
**INTERNATIONAL CO., LTD.**

# MX25L3233F

## 2. GENERAL DESCRIPTION

MX25L3233F is 32Mb bits Serial NOR Flash memory, which is configured as 4,194,304 x 8 internally. When it is in four I/O mode, the structure becomes 8,388,608 bits x 4. When it is in two I/O mode, the structure becomes 16,777,216 bits x 2.

MX25L3233F features a serial peripheral interface and software protocol allowing operation on a simple 3-wire bus while it is in single I/O mode. The three bus signals are a clock input (SCLK), a serial data input (SI), and a serial data output (SO). Serial access to the device is enabled by CS# input.

MX25L3233F, MXSMIO® (Serial Multi I/O) flash memory, provides sequential read operation on the whole chip and multi-I/O features.

When it is in quad I/O mode, the SI pin, SO pin, WP# pin and HOLD# pin become SIO0 pin, SIO1 pin, SIO2 pin and SIO3 pin for address/dummy bits input and data Input/Output.

After program/erase command is issued, auto program/erase algorithms which program/erase and verify the specified page or sector/block locations will be executed. Program command is executed on byte basis, or page (256 bytes) basis. Erase command is executed on 4K-byte sector, 32K-byte/64K-byte block, or whole chip basis.

https://www.macronix.com/Lists/Datasheet/Attachments/8933/MX25L3233F,%203V,%2032Mb,%20v1.7.pdf



https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

| | |
|---|---|
| wherein said power switch comprises a primary and secondary contactor, said primary and secondary | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin). <br><br> The smart plug comprises a relay switch (HF3FA) (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint). |

| contactor electrically connected in response to a control input; | <br>https://www.amazon.fr/portal/customer-reviews/mobile-media-feed/B082YTPXR6?physicalId=C1TgvEVNS%2BS&imageExtension=jpg&reviewId=R1NAHKO4VTXLT3 |
| --- | --- |

# HF3FA/HF3FA-T

SUBMINIATURE HIGH POWER RELAY



### Features

- 15A 125VAC;10A 250VAC switching capability
- Flammability class according to UL94, V-0
- CTI 250 available
- Product in accordance to IEC 60335-1 available
- 1 Form A and 1 Form C configurations
- Subminiature, standard PCB layout
- UL insulation system: Class F

https://www.hongfa.com/product/power-relay/HF3FA-HF3FA-T

## HF3FA/HF3FA-T — SUBMINIATURE HIGH POWER RELAY

c ⏚ US
File No.: E134517

⏚ DVE
File No.: 40023708

CQC
File No.:CQC12002076529

**Features**

● 15A 125VAC;10A 250VAC switching capability
● TV-8 @ 120Vac（for version 590）
● Flammability class according to UL94, V-0
● Product in accordance to IEC 60335-1 available
● Subminiature, standard PCB layout
● Plastic sealed and Flux proofed types available
● UL insulation system: Class F

**RoHS compliant**

https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978

## OUTLINE DIMENSIONS, WIRING DIAGRAM AND PC BOARD LAYOUT

Unit: mm



Outline Dimensions

PCB Layout (Bottom view)

Wiring Diagram (Bottom view)

| | |
|---|---|
| | https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978  https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1 |
| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch. Amazon Smart Plug disclose an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch). |



https://qzxx.com/product/42841.html



https://www.amazon.fr/portal/customer-reviews/mobile-media-feed/B082YTPXR6?
physicalId=C1TgvEVNS%2BS&imageExtension=jpg&reviewId=R1NAHKO4VTXLT3



https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978

| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch). |
| --- | --- |



https://qzxx.com/product/42841.html



https://www.amazon.fr/portal/customer-reviews/mobile-media-feed/B082YTPXR6?physicalId=C1TgvEVNS%2BS&imageExtension=jpg&reviewId=R1NAHKO4VTXLT3



## HF3FA/HF3FA-T    SUBMINIATURE HIGH POWER RELAY

c  US

File No.: E134517



File No.: 40023708

File No.:CQC12002076529



### Features

● 15A 125VAC;10A 250VAC switching capability
● TV-8 @ 120Vac（for version 590）
● Flammability class according to UL94, V-0
● Product in accordance to IEC 60335-1 available
● Subminiature, standard PCB layout
● Plastic sealed and Flux proofed types available
● UL insulation system: Class F

**RoHS compliant**

https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978



https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978

| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle. |
| --- | --- |
| | Amazon smart plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle. |



https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26

When you use the `Alexa.PowerController` interface, the voice interaction model is already built for you. After the user says one of the following utterances, Alexa sends a corresponding directive to your skill.

The following examples show some user utterances:



| Dutch | **English (All)** | French (All) | German | Hindi | Italian | Japanese |
| | | Portuguese | Spanish (All) | | | |

Alexa, turn on the vacuum.
Alexa, turn off the lights.

# Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html



https://sonoff.tech/blogs/news/alexa-energy-dashboard-track-and-manage-energy-usage-to-help-save-your-electricity-bills



https://www.amazon.com/b?ie=UTF8&node=21442874011

| said computing device is electrically connected to said power switch control input; | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input. |
|---|---|
| | The accused product comprises MediaTek 7697N processor (e.g., computing device) that is electrically connected to the relay on the PCB. |
| |  |
| | https://qzxx.com/42823.html |



https://qzxx.com/42823.html

| | |
|---|---|
| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output.<br><br>The accused product comprises a MediaTek processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |



https://qzxx.com/42823.html



https://qzxx.com/42823.html

Lights

Alexa on Other Platforms

**Change Restore Power State Setting**

Set Up Your Amazon Smart Plug

Reset Your Amazon Smart Plug

Alexa Can't Discover Your Amazon Smart Plug

Amazon Smart Plug Stopped Working

Support for Echo Auto

Support For Echo Buds

Support for Echo Show

Support for Echo Dot

Support for Echo Dot with

# Change Restore Power State Setting

Use the Alexa app to turn the Restore Power State setting on or off.

Amazon Smart Plug has a Restore Power State setting. After a power loss, you can use this setting to have the power to your appliance be set to either ON or OFF upon return of power.

1. Open the Alexa app   .
2. Select **Devices**   .
3. Select **Plugs**   then select your device.
4. There will be a toggle controller that says **Restore Power State**.
5. Set the toggle to the preferred position.
    - **OFF** - When device recovers from a power loss, the relay will always be OFF.
    - **ON** - When device recovers from a power loss, the relay will maintain the previous state of the device (before power loss).

https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26

When you use the `Alexa.PowerController` interface, the voice interaction model is already built for you. After the user says one of the following utterances, Alexa sends a corresponding directive to your skill.

The following examples show some user utterances:

| Dutch | **English (All)** | French (All) | German | Hindi | Italian | Japanese |
|-------|-------------------|--------------|--------|-------|---------|----------|
|       |                   | Portuguese   | Spanish (All) |  |         |          |

Alexa, turn on the vacuum.
Alexa, turn off the lights.

# Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html



https://sonoff.tech/blogs/news/alexa-energy-dashboard-track-and-manage-energy-usage-to-help-save-your-electricity-bills



https://www.amazon.com/b?ie=UTF8&node=21442874011

| said computing | The accused product discloses the system such that said computing device (e.g., Mediatek processor) that is configured to communicate to a first computer network (e.g., communication |

| | |
|---|---|
| device is configured to communicate to a first computer network via said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with a second computer network using a communication device; | network between Alexa server and Amazon smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Alexa smartphone app) communicating with a second computer network (e.g., communication network between Alexa server and Alexa smartphone app) using a communication device (e.g., a smartphone enabled with Alexa smartphone app).<br><br>The accused product comprises a Mediatek processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Alexa server.<br><br>Further, Amazon provides an Alexa smartphone app that can communicate to the Alexa server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |

| Size | 3.2" x 1.5" x 2.2" (80 mm x 38 mm x 57 mm) |
| --- | --- |
| Weight | 3.1 oz. (87 grams) *Actual size and weight may vary by manufacturing process* |
| Electrical Ratings | Input: 120VAC, 60Hz 15A<br>Max Output: 15A Max |
| Network Connectivity | 2.4 GHz only, 802.11 b/g/n. Does not support 5GHz networks or connecting to ad-hoc (or peer-to-peer) Wi-Fi networks. |
| Use | For indoor use only. |
| Integrations | Amazon Smart Plug is optimized for simple setup and exclusive use with Alexa. Amazon Smart Plug does not support other voice assistants or smart hubs. |
| Alexa App | The Alexa app is compatible with Fire OS, Android, and iOS devices. A list of supported operating systems can be found here. |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1



**Control your smart home from just about anywhere**

Need to turn something on or off when you're out and about? Just go to the Alexa app to control any device that's connected to an Amazon Smart Plug.

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

Amazon smart plug (an Alexa enabled device) can be controlled with the Alexa app over the Alexa service that is based in cloud. This indicates a communication between a computing device (Amazon smart plug) first network to a user interface enabled communication device such as

smartphone in a second network.



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html



https://qzxx.com/42823.html



https://qzxx.com/42823.html



https://www.youtube.com/watch?v=-7Wpc4Gj4jE



https://www.youtube.com/watch?v=-7Wpc4Gj4jE



https://youtu.be/-7Wpc4Gj4jE



https://youtu.be/-7Wpc4Gj4jE

| said computing device is configured to communicate with said first computer network via said wireless communication interface | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device.<br><br>The accused product comprises a Mediatek processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Alexa server.<br><br>Further, Amazon provides an Alexa smartphone app that can communicate to the Alexa server over Internet. It provides commands for the accused product to the server which transits to the |
| --- | --- |

| | |
|---|---|
| and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device; | smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug. |

| Size | 3.2" x 1.5" x 2.2" (80 mm x 38 mm x 57 mm) |
|---|---|
| Weight | 3.1 oz. (87 grams) *Actual size and weight may vary by manufacturing process* |
| Electrical Ratings | Input: 120VAC, 60Hz 15A<br>Max Output: 15A Max |
| Network Connectivity | 2.4 GHz only, 802.11 b/g/n. Does not support 5GHz networks or connecting to ad-hoc (or peer-to-peer) Wi-Fi networks. |
| Use | For indoor use only. |
| Integrations | Amazon Smart Plug is optimized for simple setup and exclusive use with Alexa. Amazon Smart Plug does not support other voice assistants or smart hubs. |
| Alexa App | The Alexa app is compatible with Fire OS, Android, and iOS devices. A list of supported operating systems can be found here. |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1



# Control your smart home from just about anywhere

Need to turn something on or off when you're out and about? Just go to the Alexa app to control any device that's connected to an Amazon Smart Plug.

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

Amazon smart plug (an Alexa enabled device) can be controlled with the Alexa app over the Alexa service that is based in cloud. This indicates a communication between a computing device (Amazon smart plug) first network to a user interface enabled communication device such as

smartphone in a second network.



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html

- Add voice control to your appliances with plug - Amazon Smart Plug works with Alexa to add voice control to any socket.
- Frustration Free Setup - Set up within minutes - plug in, open the Alexa app, and start using your voice.
- Power State retention - ensures that your appliance goes back to its last state (on/off) in case of power outage and resumption
- Make your home smart - Use voice to control mobile charger, lamps, kettle and other appliances, or control TV remotely from Alexa app when you're away.
- No additional app required - set up routines and schedules through the Alexa app.

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2



https://www.youtube.com/watch?v=yxTIuFlO65A



https://youtu.be/-7Wpc4Gj4jE



https://youtu.be/-7Wpc4Gj4jE

---

# Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html

Lights

Alexa on Other Platforms

**Change Restore Power
State Setting**

Set Up Your Amazon Smart
Plug

Reset Your Amazon Smart
Plug

Alexa Can't Discover Your
Amazon Smart Plug

Amazon Smart Plug
Stopped Working

Support for Echo Auto

Support For Echo Buds

Support for Echo Show

Support for Echo Dot

Support for Echo Dot with

# Change Restore Power State Setting

Use the Alexa app to turn the Restore Power State setting on or off.

Amazon Smart Plug has a Restore Power State setting. After a power loss, you can use this setting to have the power to your appliance be set to either ON or OFF upon return of power.

1. Open the Alexa app .
2. Select **Devices** .
3. Select **Plugs** then select your device.
4. There will be a toggle controller that says **Restore Power State**.
5. Set the toggle to the preferred position.
   - **OFF** - When device recovers from a power loss, the relay will always be OFF.
   - **ON** - When device recovers from a power loss, the relay will maintain the previous state of the device (before power loss).

https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26



https://sonoff.tech/blogs/news/alexa-energy-dashboard-track-and-manage-energy-usage-to-help-save-your-electricity-bills



https://www.amazon.com/b?ie=UTF8&node=21442874011

| said computing | The accused product discloses the system such that said computing device that is configured to send a periodic message (e.g., periodic messages from smart plug to Alexa server such as |

| device is configured to send a periodic message from said SGPC to a proxy server containing the ID, password, router IP ADR, port, and subnet vector or path of said SGPC; | heartbeat message, status messages, power monitoring messages, etc.) from said SGPC to a proxy server (e.g., Alexa server) containing the ID, password (e.g., a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Alexa server), router IP ADR, port, and subnet vector (e.g., IP address, subnet address, port address, etc.) or path of said SGPC.<br><br>Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the Alexa server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Alexa server.<br><br><br><br>https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html |

## Option 1: Set Up with the QR Code on the Back of the Product

1. Download the latest version of Alexa app from the app store, and log in.

2. Plug in the Amazon Basics smart plug.

3. In the Alexa app, tap **More** from the bottom menu, then tap **Add Device**.

4. Tap **Plug**, then tap **Amazon Basics**.

5. Follow the steps in the Alexa app to complete setup. When prompted, scan the QR code on the back of the product.



QR code
(on the back of the product)

NOTICE   Do not scan the barcode on packaging. If the barcode scan fails or you lose the *Quick Setup Guide*, refer to "Option 2: Set Up without the Barcode" on page 5.

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf

# Simple to set up and use











**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

With Wi-Fi simple setup, you can make your home smart in a snap. All you need is the Alexa app to control your outlet from anywhere.

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

| | |
|---|---|
| **Included in the Box** | Amazon single-socket 3-prong WiFi plug, Quick Start Guide. |
| **Setup Technology** | Amazon WiFi simple setup enables customers to connect smart devices to their WiFi network in a few easy steps. WiFi simple setup is another way Alexa is always getting smarter. |
| **Country of origin** | China |
| **Generic name** | Plugs |
| **Item quantity** | 1 |
| *Name and Address of Importer* | Amazon Wholesale (India) Private Limited. Block E, Unit No. 1401-1421, International Trade Tower, Nehru Place, New Delhi- 110019 |
| **MRP (inclusive of taxes)** | 1,999 |

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

### 7. How can I manage settings for wifi simple setup?

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY

**6. How does wifi simple setup use routers to set up new devices?**

Supported routers create a separate network, typically called 'simple_setup,' to which new simple setup-enabled devices can temporarily connect to enable device setup securely. When a supported device connects to the separate network, the helper device establishes a secure, encrypted connection to an Amazon server to confirm that the device has been pre-registered to your account, retrieve your saved wifi credentials, and provide them to your new device. Information sent over the network is encrypted end-to-end.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY

## Troubleshooting

If the smart plug is not functioning properly, try the following solutions.

**Problem**

**My smart plug won't connect to Alexa.**

**Solutions**

▶ Make sure that your phone/tablet and the Alexa app are updated to the latest software version.

▶ Move your phone/tablet closer to your smart plug.

▶ Make sure that your phone/tablet and smart plug are connected to the same 2.4GHz Wi-Fi network. The smart plug is not compatible with 5GHz networks.

▶ If you have a dual Wi-Fi router and both network signals have the same name, rename one and try reconnecting to the 2.4GHz network.

▶ Make sure that you scan the correct QR code provided in your *Quick Setup Guide* or on the smart plug. If you have more than one smart plug and are scanning the QR code in your *Quick Setup Guide*, match the DSN number on the smart plug to the QR code.

▶ Factory reset your smart plug. See "Reset to Factory Defaults" on page 6.

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf



https://youtu.be/yxTIuFlO65A



https://www.amazonforum.com/s/question/0D54P00007uFPYXSA4/how-to-get-mac-address-for-amazon-brand-smart-plug

| said computing device is configured to store said SGPC periodic message with a proxy server in an SGPC ID | The accused product discloses the system such that said computing device that is configured to store said SGPC periodic message with a proxy server (e.g., Alexa server) in an SGPC ID translation database (e.g., a unique device identifier corresponding to the accused product). |
|---|---|
| | Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the Alexa server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Alexa server. |

| | |
|---|---|
| translation database; | Further, while registering an amazon smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Alexa smartphone app.<br><br><br><br>https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html<br><br>**7. How can I manage settings for wifi simple setup?**<br><br>You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup. |

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY

**6. How does wifi simple setup use routers to set up new devices?**

Supported routers create a separate network, typically called 'simple_setup,' to which new simple setup-enabled devices can temporarily connect to enable device setup securely. When a supported device connects to the separate network, the helper device establishes a secure, encrypted connection to an Amazon server to confirm that the device has been pre-registered to your account, retrieve your saved wifi credentials, and provide them to your new device. Information sent over the network is encrypted end-to-end.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



| | https://youtu.be/yxTIuFlO65A |
|---|---|
| said communication device is configured to request a SGPC ID translation by said proxy server from said user interface; | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Alexa smartphone app) that is configured to request a SGPC ID translation (e.g., requesting information for the accused product) by said proxy server from said user interface.<br><br>Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the Alexa server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Alexa server.<br><br>Further, while registering an amazon smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Alexa smartphone app. |

# Simple to set up and use



**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html

**7. How can I manage settings for wifi simple setup?**

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY

**6. How does wifi simple setup use routers to set up new devices?**

Supported routers create a separate network, typically called 'simple_setup,' to which new simple setup-enabled devices can temporarily connect to enable device setup securely. When a supported device connects to the separate network, the helper device establishes a secure, encrypted connection to an Amazon server to confirm that the device has been pre-registered to your account, retrieve your saved wifi credentials, and provide them to your new device. Information sent over the network is encrypted end-to-end.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



https://youtu.be/yxTIuFlO65A

| | |
|---|---|
| said communicati on device is configured to validate said SGPC ID and password provided by said user interface using said proxy server; | The accused product discloses the system such that said communication device that is configured to validate said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device from the intended user account at the server) provided by said user interface (e.g., Alexa smartphone app interface) using said proxy server (e.g., Alexa server).<br><br>Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering an amazon smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Alexa smartphone app. |



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html

## Understanding the LED

| Indicator | Description |
|---|---|
| LED lights red for 1 minute | Smart Plug is unregistered |
| LED blinks red quickly for 1 minute | Smart Plug is disconnected |
| LED lights green for 3 seconds | Smart Plug is connected |
| LED blinks red and green alternately | Smart plug is reset to factory defaults |
| LED blinks green rapidly for 5 minutes | Smart Plug is ready for setup |
| LED is off | Smart Plug is off |

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf

# Simple to set up and use



**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

**7. How can I manage settings for wifi simple setup?**

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



https://youtu.be/yxTluFlO65A



https://www.amazonforum.com/s/question/0D54P00007uFPYXSA4/how-to-get-mac-address-for-amazon-brand-smart-plug

| said communication device is configured to determine if said SGPC ID and password are valid, and if so, return the router IP ADR, port, and subnet | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Alexa smartphone app) that is configured to determine if said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device at the intended user account at the server) are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface.

Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server. |

| | |
|---|---|
| vector or path for said SGPC to said user interface; and | Further, while registering an amazon smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Alexa smartphone app.<br><br><br><br>https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html |

## Understanding the LED

| Indicator | Description |
|---|---|
| LED lights red for 1 minute | Smart Plug is unregistered |
| LED blinks red quickly for 1 minute | Smart Plug is disconnected |
| LED lights green for 3 seconds | Smart Plug is connected |
| LED blinks red and green alternately | Smart plug is reset to factory defaults |
| LED blinks green rapidly for 5 minutes | Smart Plug is ready for setup |
| LED is off | Smart Plug is off |

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf

# Simple to set up and use



**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

**7. How can I manage settings for wifi simple setup?**

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



https://youtu.be/yxTIuFlO65A



https://www.amazonforum.com/s/question/0D54P00007uFPYXSA4/how-to-get-mac-address-for-amazon-brand-smart-plug

| said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface. | The accused product ("Amazon Smart Plug") said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface.

Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.

Further, while registering an amazon smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to |

provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Alexa smartphone app.



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html

## Understanding the LED

| Indicator | Description |
|---|---|
| LED lights red for 1 minute | Smart Plug is unregistered |
| LED blinks red quickly for 1 minute | Smart Plug is disconnected |
| LED lights green for 3 seconds | Smart Plug is connected |
| LED blinks red and green alternately | Smart plug is reset to factory defaults |
| LED blinks green rapidly for 5 minutes | Smart Plug is ready for setup |
| LED is off | Smart Plug is off |

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf



# Simple to set up and use

**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

### 7. How can I manage settings for wifi simple setup?

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



https://youtu.be/yxTIuFlO65A



Editar

Amazon Plug 0142

Alterar

Detalhes do dispositivo:

Nome:                          Amazon Pl
Fabricante:                    Amazon Te      s Inc.
Modelo:
Sistema operacional:

Endereço IP (Sem fio)-1:       192.168.1.
Endereço IPv6 (Sem fio)-1:     --
Endereço MAC:                  CC:F7:35:6

https://www.amazonforum.com/s/question/0D54P00007uFPYXSA4/how-to-get-mac-address-for-amazon-brand-smart-plug

If the smart plug is not functioning properly, try the following solutions.

**Problem**

**My smart plug won't connect to Alexa.**

**Solutions**

- Make sure that your phone/tablet and the Alexa app are updated to the latest software version.
- Move your phone/tablet closer to your smart plug.
- Make sure that your phone/tablet and smart plug are connected to the same 2.4GHz Wi-Fi network. The smart plug is not compatible with 5GHz networks.
- If you have a dual Wi-Fi router and both network signals have the same name, rename one and try reconnecting to the 2.4GHz network.
- Make sure that you scan the correct QR code provided in your *Quick Setup Guide* or on the smart plug. If you have more than one smart plug and are scanning the QR code in your *Quick Setup Guide*, match the DSN number on the smart plug to the QR code.
- Factory reset your smart plug. See "Reset to Factory Defaults" on page 6.

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf



https://youtu.be/UYtMQ03caek?t=14

| | |
|---|---|
| 21.   A tangible non-transitory computer usable medium | The accused product discloses a system that practices a tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface. |

| | |
|---|---|
| having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising:<br><br>(a) power source plug;<br>(b) power load receptacle;<br>(c) power switch;<br>(d) power monitor;<br>(e) computing device; and | The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises flash memory (MX25L3233F) that contains the tangible non-transitory computer usable medium having computer-readable program code.<br><br><br>https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1 |

| | |
|---|---|
| (f) wireless communication interface; | <br><br>https://www.ebay.com/itm/276701991981 |

**\*NEW\* Amazon Smart Plug HD34BX - White Alexa Voice Control**

alleykaym (663)
100% positive · Seller's other items · Contact seller

**US $10.00**
or Best Offer

Condition:    New ⓘ

**Buy It Now**

Add to cart

Make offer

♡ Add to Watchlist

Shipping:    US $33.61 eBay International Shipping ⓘ. See details
Located in: Buford, GA, United States

Save on combined shipping ⓘ



https://qzxx.com/42823.html



There is an indicator light on the front, which is blue when the vehicle is open and off when it is closed.



https://qzxx.com/42823.html

| Size | 3.2" x 1.5" x 2.2" (80 mm x 38 mm x 57 mm) |
|---|---|
| Weight | 3.1 oz. (87 grams) *Actual size and weight may vary by manufacturing process* |
| Electrical Ratings | Input: 120VAC, 60Hz 15A<br>Max Output: 15A Max |
| Network Connectivity | 2.4 GHz only, 802.11 b/g/n. Does not support 5GHz networks or connecting to ad-hoc (or peer-to-peer) Wi-Fi networks. |
| Use | For indoor use only. |
| Integrations | Amazon Smart Plug is optimized for simple setup and exclusive use with Alexa. Amazon Smart Plug does not support other voice assistants or smart hubs. |
| Alexa App | The Alexa app is compatible with Fire OS, Android, and iOS devices. A list of supported operating systems can be found here. |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1



*Source: the teardown of the accused product*



https://qzxx.com/42823.html



https://qzxx.com/42823.html



https://qzxx.com/42823.html



MACRONIX
INTERNATIONAL CO., LTD.

# MX25L3233F

## 2. GENERAL DESCRIPTION

MX25L3233F is 32Mb bits Serial NOR Flash memory, which is configured as 4,194,304 x 8 internally. When it is in four I/O mode, the structure becomes 8,388,608 bits x 4. When it is in two I/O mode, the structure becomes 16,777,216 bits x 2.

MX25L3233F features a serial peripheral interface and software protocol allowing operation on a simple 3-wire bus while it is in single I/O mode. The three bus signals are a clock input (SCLK), a serial data input (SI), and a serial data output (SO). Serial access to the device is enabled by CS# input.

MX25L3233F, MXSMIO® (Serial Multi I/O) flash memory, provides sequential read operation on the whole chip and multi-I/O features.

When it is in quad I/O mode, the SI pin, SO pin, WP# pin and HOLD# pin become SIO0 pin, SIO1 pin, SIO2 pin and SIO3 pin for address/dummy bits input and data Input/Output.

After program/erase command is issued, auto program/erase algorithms which program/erase and verify the specified page or sector/block locations will be executed. Program command is executed on byte basis, or page (256 bytes) basis. Erase command is executed on 4K-byte sector, 32K-byte/64K-byte block, or whole chip basis.

https://www.macronix.com/Lists/Datasheet/Attachments/8933/MX25L3233F,%203V,%2032Mb,%20v1.7.pdf



https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

| wherein said power switch comprises a primary and secondary contactor, said primary and | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin).

The smart plug comprises a relay switch (HF3FA) (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint). |

| secondary contactor electrically connected in response to a control input; | <br><br>https://www.amazon.fr/portal/customer-reviews/mobile-media-feed/B082YTPXR6?physicalId=C1TgvEVNS%2BS&imageExtension=jpg&reviewId=R1NAHKO4VTXLT3 |
|---|---|

## HF3FA/HF3FA-T
SUBMINIATURE HIGH POWER RELAY



### Features

- 15A 125VAC;10A 250VAC switching capability
- Flammability class according to UL94, V-0
- CTI 250 available
- Product in accordance to IEC 60335-1 available
- 1 Form A and 1 Form C configurations
- Subminiature, standard PCB layout
- UL insulation system: Class F

https://www.hongfa.com/product/power-relay/HF3FA-HF3FA-T



# HF3FA/HF3FA-T    SUBMINIATURE HIGH POWER RELAY

**Features**

- 15A 125VAC;10A 250VAC switching capability
- TV-8 @ 120Vac（for version 590）
- Flammability class according to UL94, V-0
- Product in accordance to IEC 60335-1 available
- Subminiature, standard PCB layout
- Plastic sealed and Flux proofed types available
- UL insulation system: Class F

**RoHS compliant**

c ℛ US
File No.: E134517

File No.: 40023708

File No.:CQC12002076529

https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978

## OUTLINE DIMENSIONS, WIRING DIAGRAM AND PC BOARD LAYOUT    Unit: mm



| | |
|---|---|
| | https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978<br><br><br><br>https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1 |
| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Amazon Smart Plug disclose an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch). |



https://qzxx.com/product/42841.html



https://www.amazon.fr/portal/customer-reviews/mobile-media-feed/B082YTPXR6?
physicalId=C1TgvEVNS%2BS&imageExtension=jpg&reviewId=R1NAHKO4VTXLT3



https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978

| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch). |
| --- | --- |



https://qzxx.com/product/42841.html



https://www.amazon.fr/portal/customer-reviews/mobile-media-feed/B082YTPXR6?physicalId=C1TgvEVNS%2BS&imageExtension=jpg&reviewId=R1NAHKO4VTXLT3

**HF3FA/HF3FA-T**     **SUBMINIATURE HIGH POWER RELAY**


c UL us

File No.: E134517


File No.: 40023708


File No.:CQC12002076529



**Features**

- 15A 125VAC;10A 250VAC switching capability
- TV-8 @ 120Vac（for version 590）
- Flammability class according to UL94, V-0
- Product in accordance to IEC 60335-1 available
- Subminiature, standard PCB layout
- Plastic sealed and Flux proofed types available
- UL insulation system: Class F

**RoHS compliant**

https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978



https://source.hongfa.com//pdf/web/viewer.html?file=/Uploads/Product/PDF/HF3FA_HF3FA-T_en.pdf?timestamp=1754450978

| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.

Amazon smart plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle. |

Lights
Alexa on Other Platforms
**Change Restore Power State Setting**
Set Up Your Amazon Smart Plug
Reset Your Amazon Smart Plug
Alexa Can't Discover Your Amazon Smart Plug
Amazon Smart Plug Stopped Working
Support for Echo Auto
Support For Echo Buds
Support for Echo Show
Support for Echo Dot
Support for Echo Dot with

## Change Restore Power State Setting

Use the Alexa app to turn the Restore Power State setting on or off.

Amazon Smart Plug has a Restore Power State setting. After a power loss, you can use this setting to have the power to your appliance be set to either ON or OFF upon return of power.

1. Open the Alexa app 🔵 .
2. Select **Devices** 🔵 .
3. Select **Plugs** 🔲 then select your device.
4. There will be a toggle controller that says **Restore Power State**.
5. Set the toggle to the preferred position.
   - **OFF** - When device recovers from a power loss, the relay will always be OFF.
   - **ON** - When device recovers from a power loss, the relay will maintain the previous state of the device (before power loss).

https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26

When you use the `Alexa.PowerController` interface, the voice interaction model is already built for you. After the user says one of the following utterances, Alexa sends a corresponding directive to your skill.

The following examples show some user utterances:



| Dutch | **English (All)** | French (All) | German | Hindi | Italian | Japanese |

Portuguese    Spanish (All)

Alexa, turn on the vacuum.
Alexa, turn off the lights.

# Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html



https://sonoff.tech/blogs/news/alexa-energy-dashboard-track-and-manage-energy-usage-to-help-save-your-electricity-bills



https://www.amazon.com/b?ie=UTF8&node=21442874011

| said computing | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input. |

| device is electrically connected to said power switch control input; | The accused product comprises MediaTek 7697N processor (e.g., computing device) that is electrically connected to the relay on the PCB.<br><br><br>https://qzxx.com/42823.html |
| --- | --- |



https://qzxx.com/42823.html

| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output. |
| | The accused product comprises a MediaTek processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |



https://qzxx.com/42823.html



https://qzxx.com/42823.html

Lights

Alexa on Other Platforms

**Change Restore Power
State Setting**

Set Up Your Amazon Smart
Plug

Reset Your Amazon Smart
Plug

Alexa Can't Discover Your
Amazon Smart Plug

Amazon Smart Plug
Stopped Working

Support for Echo Auto

Support For Echo Buds

Support for Echo Show

Support for Echo Dot

Support for Echo Dot with

# Change Restore Power State Setting

Use the Alexa app to turn the Restore Power State setting on or off.

Amazon Smart Plug has a Restore Power State setting. After a power loss, you can use this setting to have the power to your appliance be set to either ON or OFF upon return of power.

1. Open the Alexa app [alexa] .
2. Select **Devices** 💡 .
3. Select **Plugs** 🔲 then select your device.
4. There will be a toggle controller that says **Restore Power State**.
5. Set the toggle to the preferred position.
   - **OFF** - When device recovers from a power loss, the relay will always be OFF.
   - **ON** - When device recovers from a power loss, the relay will maintain the previous state of the device (before power loss).

https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26

When you use the `Alexa.PowerController` interface, the voice interaction model is already built for you. After the user says one of the following utterances, Alexa sends a corresponding directive to your skill.

The following examples show some user utterances:



## Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html



https://sonoff.tech/blogs/news/alexa-energy-dashboard-track-and-manage-energy-usage-to-help-save-your-electricity-bills



https://www.amazon.com/b?ie=UTF8&node=21442874011

| said computing | The accused product discloses the system such that said computing device (e.g., Mediatek processor) that is configured to communicate to a first computer network (e.g., communication |

| | |
|---|---|
| device communicates to a first computer network via said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with said a second computer network; and | network between Alexa server and Amazon smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Alexa smartphone app) communicating with a second computer network (e.g., communication network between Alexa server and Alexa smartphone app) using a communication device (e.g., a smartphone enabled with Alexa smartphone app).

The accused product comprises a Mediatek processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Alexa server.

Further, Amazon provides an Alexa smartphone app that can communicate to the Alexa server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |

| | |
|---|---|
| **Size** | 3.2" x 1.5" x 2.2" (80 mm x 38 mm x 57 mm) |
| **Weight** | 3.1 oz. (87 grams) *Actual size and weight may vary by manufacturing process* |
| **Electrical Ratings** | Input: 120VAC, 60Hz 15A<br>Max Output: 15A Max |
| **Network Connectivity** | 2.4 GHz only, 802.11 b/g/n. Does not support 5GHz networks or connecting to ad-hoc (or peer-to-peer) Wi-Fi networks. |
| **Use** | For indoor use only. |
| **Integrations** | Amazon Smart Plug is optimized for simple setup and exclusive use with Alexa. Amazon Smart Plug does not support other voice assistants or smart hubs. |
| **Alexa App** | The Alexa app is compatible with Fire OS, Android, and iOS devices. A list of supported operating systems can be found here. |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1



# Control your smart home from just about anywhere

Need to turn something on or off when you're out and about? Just go to the Alexa app to control any device that's connected to an Amazon Smart Plug.

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

Amazon smart plug (an Alexa enabled device) can be controlled with the Alexa app over the Alexa service that is based in cloud. This indicates a communication between a computing device (Amazon smart plug) first network to a user interface enabled communication device such as

smartphone in a second network.



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html



https://qzxx.com/42823.html



https://qzxx.com/42823.html



https://www.youtube.com/watch?v=-7Wpc4Gj4jE



https://www.youtube.com/watch?v=-7Wpc4Gj4jE



https://youtu.be/-7Wpc4Gj4jE



https://youtu.be/-7Wpc4Gj4jE

| said computing device communicates with said first computer network via said wireless communication interface and | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device. |
| --- | --- |
| | The accused product comprises a Mediatek processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Alexa server. |
| | Further, Amazon provides an Alexa smartphone app that can communicate to the Alexa server over Internet. It provides commands for the accused product to the server which transits to the |

| | |
|---|---|
| transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network; | smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug. |

| | |
|---|---|
| **Size** | 3.2" x 1.5" x 2.2" (80 mm x 38 mm x 57 mm) |
| **Weight** | 3.1 oz. (87 grams) *Actual size and weight may vary by manufacturing process* |
| **Electrical Ratings** | Input: 120VAC, 60Hz 15A<br>Max Output: 15A Max |
| **Network Connectivity** | 2.4 GHz only, 802.11 b/g/n. Does not support 5GHz networks or connecting to ad-hoc (or peer-to-peer) Wi-Fi networks. |
| **Use** | For indoor use only. |
| **Integrations** | Amazon Smart Plug is optimized for simple setup and exclusive use with Alexa. Amazon Smart Plug does not support other voice assistants or smart hubs. |
| **Alexa App** | The Alexa app is compatible with Fire OS, Android, and iOS devices. A list of supported operating systems can be found here. |

https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

# Control your smart home from just about anywhere

Need to turn something on or off when you're out and about? Just go to the Alexa app to control any device that's connected to an Amazon Smart Plug.



https://www.amazon.com/Amazon-smart-plug-works-with-Alexa/dp/B089DR29T6?th=1

Amazon smart plug (an Alexa enabled device) can be controlled with the Alexa app over the Alexa service that is based in cloud. This indicates a communication between a computing device (Amazon smart plug) first network to a user interface enabled communication device such as

smartphone in a second network.



https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html

- Add voice control to your appliances with plug - Amazon Smart Plug works with Alexa to add voice control to any socket.
- Frustration Free Setup - Set up within minutes - plug in, open the Alexa app, and start using your voice.
- <u>Power State retention - ensures that your appliance goes back to its last state (on/off) in case of power outage and resumption</u>
- Make your home smart - Use voice to control mobile charger, lamps, kettle and other appliances, or control TV remotely from Alexa app when you're away.
- No additional app required - set up routines and schedules through the Alexa app.

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2



https://www.youtube.com/watch?v=yxTIuFlO65A



https://youtu.be/-7Wpc4Gj4jE



https://youtu.be/-7Wpc4Gj4jE

## Reportable properties

The `Alexa.PowerController` interface uses the `powerState` property as the primary property. The valid values are `ON` or `OFF`.

https://developer.amazon.com/en-US/docs/alexa/device-apis/alexa-powercontroller.html

Lights

Alexa on Other Platforms

**Change Restore Power State Setting**

Set Up Your Amazon Smart Plug

Reset Your Amazon Smart Plug

Alexa Can't Discover Your Amazon Smart Plug

Amazon Smart Plug Stopped Working

Support for Echo Auto

Support For Echo Buds

Support for Echo Show

Support for Echo Dot

Support for Echo Dot with

# Change Restore Power State Setting

Use the Alexa app to turn the Restore Power State setting on or off.

Amazon Smart Plug has a Restore Power State setting. After a power loss, you can use this setting to have the power to your appliance be set to either ON or OFF upon return of power.

1. Open the Alexa app .
2. Select **Devices** .
3. Select **Plugs** then select your device.
4. There will be a toggle controller that says **Restore Power State**.
5. Set the toggle to the preferred position.
   - **OFF** - When device recovers from a power loss, the relay will always be OFF.
   - **ON** - When device recovers from a power loss, the relay will maintain the previous state of the device (before power loss).

https://www.amazon.in/gp/help/customer/display.html?nodeId=GXU5AP7AQJLTPU26



https://sonoff.tech/blogs/news/alexa-energy-dashboard-track-and-manage-energy-usage-to-help-save-your-electricity-bills



https://www.amazon.com/b?ie=UTF8&node=21442874011

| wherein said method | The accused product discloses the system that practices registering a communication device (e.g., a smartphone enabled with Alexa smartphone app) with said SGPC using an e-mail address |

| comprises the steps of: (1) registering a communication device with said SGPC using an e-mail address, phone number, or other device identifier; | (e.g., email address), phone number, or other device identifier.<br><br>As shown below, a user can create an account using its email address. It can also register an amazon smart plug using the Alexa smartphone app. The user's smartphone with the Alexa app registered with the smart plug.<br><br>**Option 1: Set Up with the QR Code on the Back of the Product**<br><br>1. Download the latest version of <u>Alexa app</u> from the app store, and log in.<br>2. Plug in the Amazon Basics smart plug.<br>3. In the Alexa app, tap **More** from the bottom menu, then tap **Add Device**.<br>4. Tap **Plug**, then tap **Amazon Basics**.<br>5. <u>Follow the steps in the Alexa app to complete setup. When prompted, scan the QR code on the back of the product.</u><br><br><br><br>▢ NOTICE  Do not scan the barcode on packaging. If the barcode scan fails or you lose the *Quick Setup Guide*, refer to "Option 2: Set Up without the Barcode" on page 5.<br><br>https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf |

# Troubleshooting

If the smart plug is not functioning properly, try the following solutions.

**Problem**

**My smart plug won't connect to Alexa.**

**Solutions**

‣ Make sure that your phone/tablet and the Alexa app are updated to the latest software version.

‣ Move your phone/tablet closer to your smart plug.

‣ Make sure that your phone/tablet and smart plug are connected to the same 2.4GHz Wi-Fi network. The smart plug is not compatible with 5GHz networks.

‣ If you have a dual Wi-Fi router and both network signals have the same name, rename one and try reconnecting to the 2.4GHz network.

‣ Make sure that you scan the correct QR code provided in your *Quick Setup Guide* or on the smart plug. If you have more than one smart plug and are scanning the QR code in your *Quick Setup Guide*, match the DSN number on the smart plug to the QR code.

‣ Factory reset your smart plug. See "Reset to Factory Defaults" on page 6.

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf



https://www.techsolutions.support.com/how-to/install-the-app-for-your-amazon-alexa-10153

| (2) notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by | The accused product discloses the system that practices notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communication device.<br><br>Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering an Amazon smart plug, the user can provide a name to the plug. Also, |

| periodically sending update messages to said communication device; | the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Alexa smartphone app.<br><br><br><br>https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html |

## Understanding the LED

| Indicator | Description |
|---|---|
| LED lights red for 1 minute | Smart Plug is unregistered |
| LED blinks red quickly for 1 minute | Smart Plug is disconnected |
| LED lights green for 3 seconds | Smart Plug is connected |
| LED blinks red and green alternately | Smart plug is reset to factory defaults |
| LED blinks green rapidly for 5 minutes | Smart Plug is ready for setup |
| LED is off | Smart Plug is off |

https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf



# Simple to set up and use

**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

**7. How can I manage settings for wifi simple setup?**

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your
Content and Devices page. From the Saved Network Passwords tab under Preferences, you can
prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or
you can delete your stored credentials. If you own a router with wifi simple setup turned on
and want to prevent your credentials from syncing with Amazon altogether, consult your
router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



https://youtu.be/yxTIuFlO65A



https://www.amazonforum.com/s/question/0D54P00007uFPYXSA4/how-to-get-mac-address-for-amazon-brand-smart-plug

| | |
|---|---|
| (3)    retrieve the latest IP address    or port for said SGPC    from said received SGPC update messages and    retain said latest IP address    or port  for  use  in | The accused product discloses the system that practices retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC.

Alexa smartphone app provides power usage values of the Amazon smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as heartbeat message, status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.

Further, while registering an amazon smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided |

| | |
|---|---|
| communicating with said SGPC; and (4) terminating said method. | name of the plug from its user account in the Alexa smartphone app.<br><br><br><br>https://developer.amazon.com/en-US/docs/alexa/smarthome/development-options.html<br><br>**Understanding the LED**<br><br>| Indicator | Description |<br>|---|---|<br>| LED lights red for 1 minute | Smart Plug is unregistered |<br>| LED blinks red quickly for 1 minute | Smart Plug is disconnected |<br>| LED lights green for 3 seconds | Smart Plug is connected |<br>| LED blinks red and green alternately | Smart plug is reset to factory defaults |<br>| LED blinks green rapidly for 5 minutes | Smart Plug is ready for setup |<br>| LED is off | Smart Plug is off |<br><br>https://m.media-amazon.com/images/I/A17JJtXzEkL.pdf |



# Simple to set up and use

**1** Plug in Amazon Smart Plug and open the Alexa app. If your Alexa app says "New plug found," go straight to Step 3.

**2** Tap the Devices icon in the lower right of the Alexa App, then click the + icon to get started.

**3** To use your device with Alexa, just say "Alexa, turn on First Plug."

https://www.amazon.in/Amazon-Smart-Plug/dp/B07V39T8F2

**7. How can I manage settings for wifi simple setup?**

You can disable Frustration-Free Setup for all of your devices by visiting the Manage Your Content and Devices page. From the Saved Network Passwords tab under Preferences, you can prevent new wifi simple setup enabled devices from accessing your stored wifi credentials or you can delete your stored credentials. If you own a router with wifi simple setup turned on and want to prevent your credentials from syncing with Amazon altogether, consult your router manufacturer on how to disable wifi simple setup.

https://www.amazon.com/gp/help/customer/display.html/?nodeId=GMPKVYDBR223TRPY



https://youtu.be/yxTIuFlO65A



https://www.amazonforum.com/s/question/0D54P00007uFPYXSA4/how-to-get-mac-address-for-amazon-brand-smart-plug